## STARR *v.* THE STATE.

BECK, J. The evidence authorized the verdict; no errors of law are complained of, and the judgment of the court below will not be disturbed.

*Judgment affirmed. All the Justices concur.*

Submitted October 17,—Decided November 8, 1906.

Accusation of gaming. Before Judge Morgan. City court of Reidsville. May 8, 1906.

*Collins & Grey,* for plaintiff in error.

*H. H. Elders, solicitor,* contra.